**Order entered May 25, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00123-CV

### SAMUELS AND SONS, LLC, Appellant

### V.

### CAROLINE WILLIAMSON, MARY TUCKER, AND JACOB SHAPE, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00796-D**

### ORDER

The clerk's record in this case is overdue. By order dated April 23, 2021, we ordered the Dallas County Clerk to file either the clerk's record or written verification that appellant had not paid for or made arrangements to pay for the clerk's record. The county clerk then informed the Court that the clerk's record had not been filed because appellant had not paid or made arrangements to pay for the record. By letter dated May 10, 2021, appellant notified the Court that it had

contacted the clerk's office regarding payment arrangements. To date, the clerk's record has not been filed.

So that this appeal can proceed, we again **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellant has not paid for or made arrangements to pay for the clerk's record. We **NOTIFY** appellant that if we receive verification it has not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal. *See* TEX. R. APP. P. 37.3(b).

We direct the Clerk of the Court to send a copy of this order to the Dallas County Clerk, and all parties.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE